ACCEPTED
14-15-00371-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 5:09:07 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FOURTEENTH DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NO. 14-15-00371-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 5:09:07 PM
CHRISTOPHER A. PRINE
Clerk

**STEPHEN HOPPER**
**APPELLANT**

**On Appeal from Cause Number 673236**
**From the 339th District Court**
**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

**APPELLANT'S SECOND MOTION FOR EXTENSION**

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, Stephen Hopper, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

**I.**

The current deadline for filing Appellant's Brief is August 17, 2015. There has been one previous motion for extension of time to file Appellant's Brief.

**II.**

Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196
- *Felix Irizarry,* 14-14-00827-CR
- *Darryle Robertson,* 14-15-00132-CR
- *Domingo Medina,* 01-15-00575-CR
- *Ajah Foster,* PD-0963-15

- *Frelin Orellana,* 14-14-00701-CR

- *Kori Henegar,* 14-15-00529-CR

- *Jesus Escobar,* PD-0642-15

- *Pete Rodriguez,* 14-15-00339-CR

- *Craig Beal,* 01-12-00896-CR

- *Forest Penton,* 14-14-00406-CR

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension to September 28, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood